**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| JEFFERY ANGELO CAMPBELL,<br><br>            Plaintiff,<br><br>vs.<br><br>SYLVIA BETTA-COLE, ET AL.,<br><br>            Defendants. | **8:20CV177**<br><br>**ORDER** |

**IT IS ORDERED** that the plaintiff's Motion (Filing No. 5) requesting that the case location be changed from Omaha to Lincoln is granted. The Clerk of Court shall amend the docket sheet to reflect the place of trial is Lincoln, Nebraska.

Dated this 19th day of May, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge