# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFERY ANGELO CAMPBELL, | |
| Plaintiff, | **8:20CV177** |
| vs. | **ORDER** |
| SYLVIA BETTA-COLE, ET AL., | |
| Defendants. | |

The plaintiff, pro se, has filed a Motion (Filing No. 24) asking the Court to restrict access to his Motion for Default Judgment (Filing No. 25) as it contains "sensitive information pertaining to [defendant] Melissa Smith." The document that the plaintiff seeks to restrict consists of the plaintiff's statements that generally restate his allegations in his complaint, a public news article, and an executive order, and does not contain any personal identifying numbers or addresses or other private information that is subject to restriction under NECivR. 5.3(b) or Fed. R. Civ. P. 5.2. Accordingly,

**IT IS ORDERED**: The plaintiff's Motion to Restrict (Filing No. 24) is denied. The Clerk of Court shall unrestrict access to Filing No. 25.

Dated this 17th day of July, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge